UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LINDA LOVE,

    Plaintiff,

v.                                                      Case No. 3:17cv451-MCR-CJK

LENDER SERVICES, INC. and
JOSEPH E. MERCER,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On April 12, 2018, the undersigned entered an order (doc. 12) directing plaintiff to show cause within 7 days why the relief requested in Defendants' Motion to Compel Discovery Answers and Documents (doc. 20) should not be granted. The undersigned advised that, in the event she failed to do so, plaintiff would be subject to sanctions, up to and including dismissal of this action. Plaintiff failed to respond. The undersigned thus entered an order (doc. 22) granting defendants' motion to compel and allowing plaintiff 10 days in which to provide full and complete responses to defendants' discovery requests. The undersigned advised that should plaintiff fail to comply, the undersigned would recommend, without further notice,

Case No. 3:17cv451-MCR-CJK

that the matter be dismissed.  Plaintiff again failed to comply.  The parties also failed to file a mediation report within the time prescribed.

Defendants filed a motion to dismiss (doc. 24), requesting the matter be dismissed based on plaintiff's failure to participate in discovery and "willful refusal to comply with the rules or the Court's orders."  Doc. 24 at p. 3.  According to defendants, plaintiff effectively abandoned the litigation.  The undersigned entered an order (doc. 26) allowing plaintiff 5 days in which to respond to the motion to dismiss and advising that, in the event she failed to do so, the undersigned would enter a Report and Recommendation, recommending the matter be dismissed based on plaintiff's discovery violations, failure to prosecute, and/or failure to comply with orders of the court.  More than 5 days have passed and plaintiff has failed to respond.

Accordingly, it is respectfully RECOMMENDED:

1.  That this matter be dismissed based on plaintiff's discovery violations, failure to prosecute, and failure to comply with orders of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 13th day of June, 2018.

/s/ Charles J. Kahn, Jr.
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:17cv451-MCR-CJK

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:17cv451-MCR-CJK